■ VIDEO CORPORATION OF AMERICA, Formerly Known as TELETRONICS INTERNATIONAL, INC. v FREDERICK FLATTO ASSOCIATES, INC. (And a Third-Party Action.) — Motion and cross motion for leave to appeal to the Court of Appeals granted and the following question certified: "Was the order of this court, which modified the order of the Supreme Court, properly made?" Concur — Birns, J. P., Sandler, Ross, Markewich and Fein, JJ.

■ PATRICIA C. KOSTROFF, v LARRY KOSTROFF. — Motion granted and, upon reargument, the order of this court made and entered on April 6, 1982 and the memorandum decision filed therewith (87 AD2d 756) are both amended by adding, at the end of the respective decretal paragraphs thereof, the following sentence: "Petitioner-appellant-respondent shall recover of respondent-respondent-appellant $75 costs and disbursements of said appeal." Concur — Sandler, J. P., Ross, Markewich, Silverman and Milonas, JJ.